# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CARLOS RAY FRAZIER,                                                                PLAINTIFF
ADC #650936

v.                                      4:20CV01288-BRW-JTK

PUGH, et al.                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of December, 2020.

Billy Roy Wilson<br>
UNITED STATES DISTRICT JUDGE